**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1435

TARANVIR SINGH,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: February 20, 2024                    Decided: February 26, 2024

Before GREGORY, THACKER, and HARRIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

**ON BRIEF:** Inna Lipkin, LAW OFFICE OF INNA LIPKIN, Redwood City, California, for Petitioner. Brian M. Boynton, Principal Deputy Assistant Attorney General, Jeffery R. Leist, Senior Litigation Counsel, Abigail E. Leach, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Taranvir Singh, a native and citizen of India, petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the Immigration Judge's denial of his applications for asylum and withholding of removal. We have thoroughly reviewed the record and Singh's claims and conclude that the evidence does not compel a ruling contrary to any of the administrative factual findings, *see* 8 U.S.C. § 1252(b)(4)(B), and that substantial evidence supports the denial of relief, *see INS v. Elias-Zacarias*, 502 U.S. 478, 481 (1992). Accordingly, we deny the petition for review. *In re Singh* (B.I.A. Apr. 6, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*